IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL A. JENKINS, | No. C-11-2104 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF TRANSFER |
| JAMES A. YATES, et. al., | |
| Defendant(s). | |

Plaintiff, a prisoner presently incarcerated at Pleasant Valley State Prison in Coalinga, California, and frequent litigant in federal court, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at that facility violated his constitutional rights.  Doc. #1.

A substantial part of the events or omissions giving rise to the claim(s) occurred in Fresno County, which lies within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

//

1  Accordingly, in the interest of justice and pursuant to 28
2  U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to
3  the United States District Court for the Eastern District of
4  California.
5  The Clerk shall transfer this matter terminate all pending
6  motions as moot and close the file.

8  IT IS SO ORDERED.

10 DATED   *05/16/2011*              _____
                                     THELTON E. HENDERSON
11                                   United States District Judge

26 G:\PRO-SE\TEH\CR.11\Jenkins-11-2104-transfer-caed.wpd

**2**